United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VALERIE J. MARRS-ESPINOZA, | CASE NO. 5:14-cv-00921 EJD |
| Plaintiff(s), | **ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant(s). | |

On April 10, 2014, Defendant Carolyn Colvin, Commissioner of Social Security, filed a document indicating her voluntary consent to have a United States Magistrate Judge conduct all further proceedings in this action. See Docket Item No. 7.

In order to determine the position of both parties on this issue, the court orders Plaintiff to file a similar document indicating either her consent or declination to proceed before a United States Magistrate Judge on or before **April 21, 2014**.

**IT IS SO ORDERED.**

Dated: April 15, 2014

_____
EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:14-cv-00921 EJD
ORDER RE: CONSENT/DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE