**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE J. MARRS-ESPINOZA, | No. C 14-00921 EJD |
| Plaintiff, | **ORDER REASSIGNING CASE TO MAGISTRATE JUDGE FOR ALL PURPOSES** |
| v. | |
| CAROLYN W. COLVIN, | |
| Defendant. | |

In light of the parties' consents to proceed before a Magistrate Judge for all purposes, the Court vacates all pending deadlines and hearings before Hon. Edward J. Davila. The Clerk shall reassign this case to a Magistrate Judge for all purposes based on the parties' consent (Docket Item Nos. 7, 9).

**IT IS SO ORDERED.**

Dated: April 23, 2014

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE